JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUGAS, | Case No. 2:17-cv-03595-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED for further proceedings consistent with this Court's Opinion and Order.

DATED: 7/3/2018

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge