1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | KEVIN DUGAS, ) | Case No.: 2:17-cv-03595-SHK |
| | ) | |
| 10 | Plaintiff, ) | {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| | ) | ATTORNEY FEES AND EXPENSES |
| 11 | vs. ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| | ) | AND COSTS PURSUANT TO 28 |
| 12 | NANCY A. BERRYHILL, Acting ) | U.S.C. § 1920 |
| | Commissioner of Social Security, ) | |
| 13 | ) | |
| | Defendant ) | |
| 14 | ) | |
| 15 | _____ ) | |

16      Based upon the parties' Stipulation for the Award and Payment of Equal

17   Access to Justice Act Fees, Costs, and Expenses:

18      IT IS ORDERED that fees and expenses in the amount of $3,700.00 as

19   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

20   awarded subject to the terms of the Stipulation.

21   DATE:   9/14/2018

22   _____
     THE HONORABLE SHASHI KEWALRAMANI
23   UNITED STATES MAGISTRATE JUDGE

24
25
26

-1-